UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AVELINO CASTILLON TORRES, | Case No. 3:18-cv-00368-MMD-CBC |
| Petitioner, | ORDER |
| v. | |
| BROOKE SHIELDS, *et al.*, | |
| Respondents. | |

The Court dismissed this action for three reasons. First, Petitioner did not pay the filing fee or file a properly completed application to proceed *in forma pauperis*. Second, Petitioner commenced this action in the wrong court. Third, Petitioner's allegations were frivolous and fantastic. (ECF No. 6.) Petitioner now has submitted a motion for extension of time (ECF No. 8) to file "the bylaws of 'out of state international authority' transfer treaty." The allegations in the motion are just as frivolous and fantastic as the allegations in the petition. They provide no basis for extending the time for anything.

It is therefore ordered that Petitioner's motion for extension of time (ECF No. 8) is denied.

DATED THIS 19th day of June 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE