UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AVELINO CASTILLON TORRES,<br><br>Petitioner,<br>v.<br>BROOKE SHIELDS, *et al.*,<br><br>Respondents. | Case No. 3:18-cv-00368-MMD-CBC<br><br>ORDER |

The Court dismissed this action for three reasons. First, Petitioner did not pay the filing fee or file a properly completed application to proceed *in forma pauperis*. Second, Petitioner commenced this action in the wrong court. Third, Petitioner's allegations were frivolous and fantastic. (ECF No. 6.) Petitioner now has filed an application to proceed *in forma pauperis* (ECF No. 10) and a motion for immediate release (ECF No. 11). The allegations in the motion for immediate release are just as frivolous and fantastic as the allegations in the petition. They only confirm the Court's decision to dismiss this action. The application to proceed *in forma pauperis* is moot because the Court has dismissed the action and will not reopen it.

It is therefore ordered that Petitioner's application to proceed *in forma pauperis* (ECF No. 10) is denied as moot.

It is further ordered that Petitioner's motion for immediate release (ECF No. 11) is denied.

DATED THIS 17th day of July 2019.

---
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE